TFH
ML: USAO 2026R00697

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:39 pm, Sep 09 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY M.G. Deputy

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** 8:26-mj-02431-TJS |
| | * | |
| **BANKOLE OLANIYI AKINFE,** | * | |
| | * | **<u>Under Seal</u>** |
| **Defendant.** | * | |
| | * | |

*******

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND</u>**

I, Pui Yee (Pearl) Pang, a Special Agent with the Department of Homeland Security, Office of Inspector General, being duly sworn, depose and state as follows:

1. This affidavit is submitted in support of a criminal complaint and arrest warrant for **BANKOLE OLANIYI AKINFE**, charging him with Theft of Government Property, in violation of 18 U.S.C. § 641.

2. I am a Special Agent with the Department of Homeland Security Office of Inspector General (DHS OIG). I have served in that position since October 2021. I am currently assigned to the Major Frauds Unit, Alexandria, Virgina. Previously, I was a Special Agent with the Internal Revenue Service (IRS), Criminal Investigation from 2009 through 2021. At both IRS and DHS, I have served as a criminal investigator with a focus on the investigation of financial crimes. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered to conduct investigations of and to make arrests for the offenses enumerated in Title 18 of the United States Code.

3. Because I have submitted this affidavit for the limited purpose of establishing probable cause to issue a criminal complaint, I have not included each and every fact known to me concerning the investigation described below. The information in this affidavit is based upon my

personal knowledge and information provided by other law enforcement officers involved in the investigation of **AKINFE**.

## PROBABLE CAUSE

4. Since on or about December 2025, **AKINFE** has been employed as a contractor by COMPANY #1, and assigned to work as a Senior Field Engineer at the U.S. Citizenship and Immigration Services (USCIS) Headquarters, specifically in the Information Technology (IT) Customer Support Center, User and Field Operations Support Services (the "Imaging Team"). **AKINFE**'s responsibilities include imaging brand-new laptops for deployment to new or existing USCIS personnel, as well as sanitizing old laptops for charity donation or final disposition.

5. Imaging a laptop involves completely erasing its storage drive to install a standardized, pre-configured USCIS software blueprint in a single deployment. This comprehensive configuration includes the Windows 11 operating system alongside essential agency applications, such as Google Chrome, Adobe Acrobat, and Office 365, which ensures all USCIS personnel receive identical, ready-to-use workstations. According to the USCIS Office of Information Technology (OIT), this deployment process is completed entirely via a USB boot drive, which does not require physical disassembly of the hardware. Specifically, the deployment process does not involve opening and closing the bottom cover of the laptop. Opening the bottom cover of the laptop would typically only be performed if the imaging process was not completed successfully, standard troubleshooting steps did not resolve the issue, and the issue was determined to be hardware related.

6. The DHS Rules of Behavior, which were required to be signed by every contractor, including **AKINFE**, requires the protection of Government Furnished Equipment (GFE) against loss, theft, damage, abuse or unauthorized use and prohibited changes to the GFE system

configuration.

7. The IT Customer Support Center is a large open-bay office space used by numerous government employees and contractors, including **AKINFE**. The office space has multiple workstations and is accessible by any USCIS personnel. The office space is located on the second floor of the USCIS building in Camp Springs, MD.

***Controlled Delivery of Laptops #1–10***

8. USCIS previously purchased HP EliteBook 6 Gli 14 laptop computers for approximately $1,414.59 each under a Consolidated Information Technology Purchase (CITP) contract. The specification requirement for this laptop includes two 32 GB Random-Access Memory (RAM) modules.[1]

9. On August 20, 2026, DHS OIG received a security incident report from U.S. Citizenship and Immigration Services (USCIS) Office of Professional Responsibility reporting a recurring discrepancy of missing RAM modules involving newly imaged laptops, specifically HP EliteBook Gli 14 laptops. The laptops were configured and verified as having 64 GB of RAM before being submitted for imaging. After the imaging process was reported as completed, the laptops were returned displaying only 32 GB of RAM. Physical inspections were confirmed showing the affected laptops contained only one 32 GB RAM module, rather than the two they were verified as having before they were submitted for imaging.

10. Following that security incident report, on August 26, 2026, DHS OIG installed three surveillance cameras in the IT Customer Support Center near the workstations and desks

[1] A RAM functions as the computer's short-term memory storage, and it typically comes in the form of a rectangular flat circuit board with memory chips attached, also referred to as a memory module. Computers typically come with at least two RAM modules, with space to add more modules if needed.

used by the Imaging Team, which are publicly accessible areas that remain continuously open and observable in the normal course of business. The cameras are not capable of recording audio.

11. On August 27, 2026, at approximately 9:39 a.m., a USCIS OIT employee submitted Service Request #01633904, which requested the installation of the standard USCIS image on ten new HP EliteBook 6 Gli 14 laptop computers that were purchased under the CITP contract referenced in Paragraph 8. No additional tasks were listed in the Service Request. A corresponding USCIS Service Desk ticket, RITM01703311, was opened and assigned to **AKINFE**.

12. At approximately 9:47 a.m., **AKINFE** received the ten new HP EliteBook 6 Gli 14 laptop computers for imaging from USCIS OIT (Laptops #1–10).

13. As seen in the surveillance footage, at approximately 10:39 a.m., **AKINFE** unscrewed the bottom cover of Laptop #1 using tools on his desk. He removed one RAM (RAM #1) from the laptop and subsequently put RAM #1 in the front left pocket of his pants.

14. At approximately 11:45 a.m., **AKINFE** unscrewed the bottom cover of Laptop #2 using tools on his desk. He removed one RAM (RAM #2) from the laptop and subsequently put RAM #2 in the front left pocket of his pants.

15. From approximately 12:47 p.m. to 12:49 p.m., **AKINFE** unscrewed the bottom cover of four laptops (Laptops #3, #4, #5, and #6) using tools on his desk.

16. At approximately 12:49 p.m., **AKINFE** opened the bottom cover of Laptop #3. He removed one RAM (RAM #3) from the laptop and subsequently put RAM #3 on his desk.

17. At approximately 12:51 p.m., **AKINFE** opened the bottom cover of Laptop #4. He removed one RAM (RAM #4) from the laptop and put RAM #4 on top of RAM #3 on his desk.

18. At approximately 12:52 p.m., **AKINFE** opened the bottom cover of Laptop #5. He

removed one RAM (RAM #5) from the laptop and put it on top of RAM #3 and RAM #4 on his desk.

19. At approximately 12:53 p.m., **AKINFE** collected RAM #3, RAM #4, and RAM #5 and placed them in the front left pocket of his pants.

20. At approximately 12:54 p.m., **AKINFE** opened the bottom cover of Laptop #6 using tools on his desk. He removed one RAM (RAM #6) out of the laptop and subsequently put RAM #6 in the front left pocket of his pants.

21. At approximately 12:57 p.m., **AKINFE** unscrewed the bottom cover of Laptop #7 using tools on his desk. He removed one RAM (RAM #7) from the laptop and subsequently put RAM #7 in the front left pocket of his pants.

22. At approximately 1:00 p.m., **AKINFE** unscrewed the bottom cover of Laptop #8 using tools on his desk. He removed one RAM (RAM #8) from the laptop and subsequently put RAM #8 in the front left pocket of his pants.

23. At approximately 1:04 p.m., **AKINFE** unscrewed the bottom cover of Laptop #9 using tools on his desk. He removed one RAM (RAM #9) out of the laptop and subsequently put RAM #9 in the front left pocket of his pants.

24. At approximately 1:07 p.m., **AKINFE** unscrewed the bottom cover of Laptop #10 using tools on his desk. He removed one RAM (RAM #10) out of the laptop and subsequently put RAM #10 in the front left pocket of his pants.

25. Before he left work for that day, at approximately 1:53 p.m., **AKINFE** put Laptops #1–10 to the left of his workstation for overnight updates to be installed.

26. **AKINFE** was observed leaving USCIS Headquarters shortly thereafter, at around 2:00 p.m. He was observed entering his vehicle, which was parked in the parking garage at USCIS

Headquarters, and driving to a liquor store. **AKINFE** was then observed driving to and entering a residential building in Beltsville, MD, where one of his relatives is known to reside.

27. The next day, at approximately 7:41 a.m., **AKINFE** put Laptops #1–10 in the caged area of the office space, where laptops are dropped off for imaging or picked up by the requesting office personnel (the "Storage Cage"). At approximately 8:12 a.m., **AKINFE** closed Service Desk ticket RITM01703311 and documented in the work notes that the laptops had been successfully imaged.

28. Laptops #1–10 were later picked up from the Storage Cage that same day by USCIS OIT personnel and turned over to DHS OIG agents.

29. DHS OIG examined Laptops #1–10 and observed that each laptop was missing one 32 GB RAM.

30. Laptops #1–10, including all component parts of the laptops, are government property. **AKINFE** was not authorized to remove RAM modules from Laptops #1–10 and take the RAM modules off the premises.

31. The total value of the RAM modules that **AKINFE** was observed removing from Laptops #1–10 without authorization is greater than $1,000.

***<u>Additional Laptops</u>***

32. In addition to the observations described above, **AKINFE** was observed in surveillance footage taking additional laptops from the Storage Cage on August 27, 2026 and August 28, 2026.

33. **AKINFE** obtained approximately six additional RAM modules from those laptops by removing the bottom cover, taking a RAM module out, and putting the RAM module in the pocket of his pants. **AKINFE** then returned those laptops to the Storage Cage.

34. For approximately three additional laptops, **AKINFE** was observed removing the bottom cover of the laptop, seeing only one RAM left inside, and subsequently closing the laptop without taking any RAM.

35. Based on the foregoing facts, I respectfully submit that this affidavit contains probable cause for the issuance of a criminal complaint and arrest warrant charging **AKINFE** with Theft of Government Property in violation of 18 U.S.C. § 641.

PUI YEE PANG
Digitally signed by PUI YEE PANG
Date: 2026.09.09 11:13:08 -04'00'

Pui Yee (Pearl) Pang
Special Agent
Department of Homeland Security
Office of Inspector General

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this 9th day of September, 2026.

The Honorable Timothy J. Sullivan
Chief United States Magistrate Judge